WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'05 JUL 21 16:58USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KAY SUTHERLAND,**                                          CV # 04-1248-HA

     Plaintiff,

vs.                                                                          ORDER

**COMMISSIONER of Social Security,**

     Defendant.

---

    Attorney fees in the amount of $5,750.00 and expenses in the amount of $16.02 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $163.00 are awarded pursuant to 28 U.S.C. § 1920.

    DATED this _21_ day of _____July_____, 2005.

_____
United States District Judge

Submitted on July 19, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

Kay Sutherland
CIVIL ACTION NO. 04-1248-HA

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and
        Supporting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $16.02

Total Expenses: **$16.02.**

Federal Court Costs:

    Federal Court filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $150.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting
        Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7.00

    Copy costs for Opening Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6.00

Total Costs: **$163.00.**

SCHEDULE A - page 1
Attachment to court ORDER